FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR 13-21-JLS-5 |
| AKOP KANTRDZYAN, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defense Counsel__, IT IS ORDERED that a detention hearing is set for __Wednesday October 9__, __2013__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jean P. Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/8/13__

_____
U.S. ~~District Judge~~/Magistrate Judge
**JEAN P. ROSENBLUTH**

---

CR-66 (10/97)  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT